IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-cv-668

Timothy Hart, )
 )
        Plaintiff, )
v. )
 ) ORDER for Attorney Fee
Nancy Berryhill, ) Pursuant to
 ) 42 U.S.C. § 406(b)
Acting Commissioner of )
Social Security, )
 )
        Defendant. )
_____)

Plaintiff's counsel submitted a motion for approval of an attorney's fee pursuant to 42 U.S.C. §406(b) for representation of Plaintiff before this Court. Plaintiff's counsel requested that the Court approve an attorney fee in the amount of $13,440.00 based on those factors as set forth in the accompanying Memorandum in Support of this motion.

Plaintiff's counsel's motion is hereby GRANTED and an attorney fee in the amount of $13,440.00 is approved for Plaintiff's counsel's services before this court. Payment of this fee is to be effectuated by the Commissioner. Plaintiff's counsel shall send the amount of the EAJA fee previously awarded to Plaintiff.

SO ORDERED. This \_\_15\_\_ day of September 2017.

                           TERRENCE W. BOYLE
                           CHIEF UNITED STATES DISTRICT JUDGE